Argued September 9, affirmed September 16, 1959
## WIEDER *v.* SACK
## WIEDER *v.* WILLIAMSON ET UX
### 343 P. 2d 909

*Harold A. Olson,* North Bend, argued the cause and filed a brief for appellants.

*Lynne McNutt,* Coos Bay, argued the cause and filed a brief for respondent.

Before McAllister, Chief Justice, and Rossman, Perry and Redding, Justices.

PER CURIAM.

This is a suit in equity for an injunction to prevent the defendants from interfering with the removal by plaintiff of the timber from certain land owned by the defendants. It is admitted that at one time plaintiff owned the timber on the land in question. Plaintiff contends that defendants purchased the land with knowledge of his ownership of the timber and subject to his right to remove it. Defendants contend that plaintiff's rights to remove the timber had expired before they purchased the land. From a decree in favor of the plaintiff, the defendants appeal.

The facts are undisputed and we are satisfied that the legal conclusion drawn therefrom by the trial court was proper. The decree is affirmed.